# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH CRAFT, JULIE STEVENS, AND WESLEY OLDAKER

VERSUS

LOUISIANA DEPARTMENT OF TRANSPORTATION, LLC., CALEB SHELDON, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

NO. 2026 CW 0670

JUNE 18, 2026

In Re: Wal-Mart Transportation, LLC and Caleb Sheldon, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 52158.

BEFORE: WOLFE, STROMBERG, AND EDWARDS, JJ.

STAY DENIED; WRIT DENIED. The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

EW
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT